FILED

2011 MAR -4 PM 12: 45

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES CALIF.

| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER: 11 0471M 2:10 CR 00370 DS NC |
|---|---|
| v.  Robert Fichidzhyan  DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: _MARCH 4, 2011 @ 1200_   ☐ AM / ☑ PM

2. Defendant is in lock-up (in this court building)  Yes ☑      No ☐

3. Charges under which defendant has been booked: ,
   _Violation of Pret-trial Release_

4. Offense charged is a: ☑ Felony      ☐ Minor Offense      ☐ Petty Offense      ☐ Other Misdemeanor

5. U.S. Citizen: ☐ Yes      ☐ No      ☑ Unknown

6. Interpreter Required: ☑ No      ☐ Yes: _____ (Language)

7. Year of Birth: ▓▓▓ 82

8. The defendant is:  ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): _C/CA - Los Angeles_

10. Date detainer placed on defendant: _____

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

12. Does the defendant have retained counsel ?      ☑ No

   ☐ Yes   Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?      ☐ No
   ☑ If yes, please list Officer's Name: _ELibeth BRASSELL_   Time: _1200_   AM / ☑ PM

14. Remarks (if any): _N/A_

15. Date: _3 - 4 - 2011_    16. Name: _Gilberto Alma_ (Please Print)

17. Agency: _United States Marshal_   18. Signature: _____

19. Office Phone Number: _( 213) 894_

CR-64 (06/09)                                   REPORT COMMENCING CRIMINAL ACTION